IN THE CIRCUIT COURT
SAINT LOUIS COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

**FILED**
MAY 29 2018
JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

Electronically Filed - St Louis County - May 29, 2018 - 09:31 AM

| | |
|---|---|
| RACHEL SAUNDERS, | ) |
| Plaintiff, | ) |
| | ) Cause No. 18SL-AC02068 |
| v. | ) |
| | ) Division 44T |
| PORTER HEALTH & FITNESS, LLC ET AL | ) |
| | ) |
| Defendant | ) |

## DISMISSAL AS TO DEFENDANT PORTER HEALTH & FITNESS, LLC

**COMES NOW**, Plaintiff, by and through his attorney of record, and dismisses the above cause of action against the first Defendant Porter Health & Fitness, LLC, only, with prejudice. Plaintiff continues this cause of action against the second named Defendant 9Round Franchising, LLC.

Respectfully submitted by,

**PONTELLO & BRESSLER, LLC**
/s/ Dominic M. Pontello
DOMINIC M. PONTELLO. #60947
ISAAC J. BRESSLER. #66379
406 Boones Lick Rd
St. Charles, Missouri 63301
(636) 896-4170
(636) 246-0141 facsimile

*Attorneys for Plaintiff*

So Ordered
[signature]
5/29/18