**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **RACHEL SAUNDERS,** | ) |
| Plaintiff, | ) )  ) Case No. 4:18-cv-01024 |
| v. | ) ) |
| **PORTER HEALTH & FITNESS, LLC, et al.,** | ) ) ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action against Defendants should be dismissed with prejudice, each party to bear its own costs.

Dated: July 3, 2018                                        Respectfully submitted,

**PONTELLO LAW, LLC**

By:    **/s/ Dominic Pontello,** MO#60947
406 Boones Lick Rd.
St. Charles, MO 63301
Telephone:  (636) 896-4170
Facsimile: (636) 246-0141
dominic@pontellolaw.com

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of July 2018, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

                                                  */s/ Dominic M. Pontello*
                                               Dominic M. Pontello